UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

MAY 10 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VANCE YUKIO INOUYE,

Defendant - Appellant.

No. 14-10510

D.C. No. 1:09-cr-00115-SOM-1
District of Hawaii,
Honolulu

ORDER

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

The mandate issued on March 23, 2016, is recalled, and the memorandum disposition filed in this case on February 29, 2016, is withdrawn. Amicus's pending motion to publish, filed March 18, 2016, is denied as moot; a published opinion will follow.